**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| JOEL ATTIA, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>FORD MOTOR CO., )<br>    Defendant. ) | CIVIL ACTION NO. 1:21-00280-KD-N |

## JUDGMENT

In accordance with the order entered on this date adopting the Report and Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED** and **DECREED** that this action is **DISMISSED without prejudice**.

**DONE** and **ORDERED** this the 23rd day of November 2021.

/s/ Kristi K DuBose
**KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**